IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br>85 Second Street, 2nd<br>San Francisco, CA 94105<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE, RURAL UTILITIES SERVICE<br>1400 Independence Ave., SW<br>Washington, DC 20250<br><br>CHARLES F. CONNER, in his official capacity as Acting<br>Secretary of the United States Department of Agriculture<br>1400 Independence Ave., SW<br>Washington, DC 20250<br><br>JAMES M. ANDREW , in his official capacity as<br>Administrator, Rural Utilities Service, United States<br>Department of Agriculture<br>1400 Independence Ave., SW<br>Washington, DC 20250<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

    I, the undersigned, counsel of record for Sierra Club, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Sierra Club which have any outstanding securities in the hands of the public: None. These representations are made in order that judges of this court may determine the need for recusal.

Dated this 16th day of October, 2007.

Respectfully submitted,

*/s/ David S. Baron*

David S. Baron, D.C. Bar # 464222
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
(202) 667-4500

Counsel of Record for Plaintiff
Sierra Club