UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE, RURAL UTILITIES<br>SERVICE<br>1400 Independence Avenue, SW<br>Washington, DC 20250,<br><br>CHARLES F. CONNER,<br>in his official capacity as<br>Acting Secretary of Agriculture<br>1400 Independence Avenue, SW<br>Washington, DC 20250,<br><br>and<br><br>JAMES ANDREW,<br>in his official capacity as<br>Administrator, Rural Utilities Service<br>1400 Independence Avenue, SW<br>Washington, DC 20250,<br><br>        Federal Defendants. | Civil Action No. 07-1860 (EGS) |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE CLERK:  Please enter the appearance of Brian C. Toth as attorney of record on behalf of defendants United States Department of Agriculture, Rural Utilities Service; Charles F. Conner; and James M. Andrew (collectively, "Federal Defendants") in the above-captioned case. Service of all papers by United States Mail should be made to the following address:

>Brian C. Toth
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663

All hand or overnight deliveries should be made to the following street address:

>Brian C. Toth
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>Patrick Henry Building - Third Floor
>601 D Street, NW
>Washington, DC 20004

Mr. Toth can be reached by telephone at (202) 305-0639, by facsimile at (202) 305-0506, and by e-mail at Brian.Toth@usdoj.gov.

Dated:   November 7, 2007               Respectfully submitted,

                                        RONALD J. TENPAS
                                        Acting Assistant Attorney General
                                        Environment and Natural Resources Division

                                                /s/ Brian C. Toth
                                        BRIAN C. TOTH
                                        Trial Attorney
                                        Natural Resources Section
                                        Environment and Natural Resources Division
                                        U.S. Department of Justice
                                        P.O. Box 663
                                        Washington, D.C. 20044-0663
                                        Telephone:  202-305-0639
                                        Facsimile:  202-305-0506
                                        Email:  brian.toth@usdoj.gov

                                        Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2007, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

> David S. Baron
> dbaron@earthjustice.org, zmaxfield@earthjustice.org,
> jjames@earthjustice.org, fsantana@earthjustice.org

I also certify that the document will be served upon the following non-CM/ECF participants:

> None required.

        /s/ Brian C. Toth
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0639
Facsimile: 202-305-0506
Email: brian.toth@usdoj.gov

Attorney for Federal Defendants