UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL UTILITIES SERVICE; MIKE JOHANNS, in his official capacity as Secretary of the United States Department of Agriculture; JAMES M. ANDREW , in his official capacity as Administrator, Rural Utilities Service, United States Department of Agriculture<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No.07-cv-1860-EGS<br>)<br>) **MOTION TO PERMIT**<br>) **NICHOLAS F. PERSAMPIERI**<br>) **TO APPEAR *PRO HAC VICE*** <br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to LCvR83.2 (c) & (d), David Baron, local counsel for Plaintiff Sierra Club, respectfully moves that Nicholas F. Persampieri be permitted to appear and participate before this Court as counsel on behalf of the Sierra Club for all purposes in this case.  This motion is based upon the attached Declaration of Nicholas F. Persampieri.

November 8, 2007

                                              Respectfully submitted,

                                              /s/ David Baron

                                              David Baron
                                              DC Bar #464222
                                              Earthjustice
                                              1625 Massachusetts Ave., NW
                                              Ste. 702
                                              Washington, DC 20036
                                              Tel: (202) 667-4500
                                              Fax: (202) 667-2356
                                              Email: dbaron@earthjustice.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL UTILITIES SERVICE; MIKE JOHANNS, in his official capacity as Secretary of the United States Department of Agriculture; JAMES M. ANDREW, in his official capacity as Administrator, Rural Utilities Service, United States Department of Agriculture<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.07-cv-1860-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF NICHOLAS F. PERSAMPIERI

Pursuant to LCvR 83.2 (c) &(d) I, Nicholas F. Persampieri, submit the following in support of the Motion to Permit Nicholas F. Persampieri to Appear *Pro Hac Vice* on behalf of plaintiff Sierra Club for all purposes in this case:

1. My full name is Nicholas F. Persampieri.

2. My office address and telephone number are:

   Earthjustice
   1400 Glenarm Place, #300
   Denver CO, 80202
   (303) 623-9466.

3. I am admitted to and am a member in good standing of the following bars:

   State of Colorado
   State of New Mexico.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this __8__ day of November, 2007.

Nicholas F. Persampieri

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, RURAL UTILITIES SERVICE; MIKE )<br>JOHANNS, in his official capacity as Secretary of the )<br>United States Department of Agriculture; JAMES M. )<br>ANDREW, in his official capacity as Administrator, )<br>Rural Utilities Service, United States Department of )<br>Agriculture )<br>)<br>    Defendants. ) | Case No. 07-cv-1860-EGS<br><br>**ORDER GRANTING<br>MOTION TO PERMIT<br>NICHOLAS F. PERSAMPIERI<br>TO APPEAR *PRO HAC VICE*** |

Upon consideration of the Motion to Permit Nicholas F. Persampieri to Appear *Pro Hac Vice* on behalf of the Sierra Club for all purposes in this case, and the Court being fully advised in the premises, it is hereby ORDERED that said motion is granted.

Dated:_____

_____
United States District Judge