UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, RURAL UTILITIES )<br>SERVICE; CHARLES F. CONNER, in his )<br>official capacity as Acting Secretary of )<br>Agriculture; and JAMES ANDREW, in his )<br>official capacity as Administrator, Rural )<br>Utilities Service, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1860 (EGS) |

**STIPULATED MOTION TO SET DEADLINE FOR
DEFENDANTS TO FILE ANSWER OR MOTION TO DISMISS**

COME now the parties to the above-captioned case and hereby stipulate as follows:

WHEREAS, the Office of the United States Attorney received a copy of the Complaint in this case on October 29, 2007, by registered mail addressed to the United States Attorney.

WHEREAS, in order for service by registered mail upon the United States to be effective, Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure specifically requires the document to be addressed to the Civil Process Clerk for the Office of the United States Attorney. *See* Fed. R. Civ. P. 4(i)(1)(A); *see also id.*, Advisory Comm. Notes, 1993 Amends., Subdiv. (i).

WHEREAS, undersigned counsel for Defendants has received a copy of the Complaint in this case. Economy would be promoted and the parties' resources conserved by not requiring Plaintiffs to re-send the Complaint to perfect service.

WHEREAS, if service of process had been effective as of October 29, 2007, Defendants' answer or motion to dismiss would have been due by December 28, 2007.

WHEREAS, due to absences around the upcoming Federal holidays and end of the year that would make it difficult for Defendants' undersigned counsel to get any filings approved by his management and the client agencies, as well as required work travel and preparation for court proceedings and filings in other cases, Defendants' undersigned counsel requires additional time to prepare and file an answer or motion to dismiss to Plaintiffs' Complaint.

WHEREAS, Defendants have not sought any prior extensions of time in this matter.

In light of the foregoing, the parties hereby STIPULATE as follows:

1. Defendants agree to waive all defects in service of Plaintiffs' Complaint.

2. In exchange, Plaintiffs agree that Defendants may have until January 31, 2008, to file an answer or motion to dismiss Plaintiffs' Complaint.

In view of the foregoing stipulation, the parties respectfully request that the Court enter an order requiring Defendants to file either their answer or motion to dismiss Plaintiffs' Complaint by January 31, 2008. A proposed order is attached hereto.

Respectfully submitted this 11th day of December 2007.

*On behalf of Plaintiffs:*

 /s/ Nicholas F. Persampieri (with permission)
NICHOLAS F. PERSAMPIERI
NM Bar #3209
CO Bar #37802
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
Tel: (303) 623-9366
Fax: (303) 623-8083
E-mail: npersampieri@earthjustice.org

*On behalf of Defendants:*

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

          /s/ Brian C. Toth
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663

<div style="display: flex;">

DAVID S. BARON  
DC Bar #464222  
Earthjustice  
1625 Massachusetts Ave., NW, Suite 702  
Washington, DC 20036  
Tel: (202) 667-4500  
Fax: (202) 667-2356  
E-mail: dbaron@earthjustice.org  

*Attorneys for Plaintiffs*

Washington, D.C. 20044-0663  
Telephone:  202-305-0639  
Facsimile:  202-305-0506  
E-mail:  brian.toth@usdoj.gov  

*Of counsel*:  

TERENCE M. BRADY  
Assistant General Counsel  
HELEN HARRIS  
Attorney  
Rural Utilities Division  
Office of General Counsel  
United States Department of Agriculture  

*Attorneys for Defendants*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2007, I electronically filed the foregoing STIPULATED MOTION TO SET DEADLINE FOR DEFENDANTS TO FILE ANSWER OR MOTION TO DISMISS and the attached proposed order, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>David S. Baron
>dbaron@earthjustice.org, zmaxfield@earthjustice.org,
>jjames@earthjustice.org, fsantana@earthjustice.org

I further certify that a paper copy of the foregoing document will be sent to the following:

>Nicholas F. Persampieri
>Earthjustice
>1400 Glenarm Place
>Suite 300
>Denver, CO 80202

>　　/s/ Brian C. Toth
>BRIAN C. TOTH
>Trial Attorney
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>
>Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL UTILITIES SERVICE; CHARLES F. CONNER, in his official capacity as Acting Secretary of Agriculture; and JAMES ANDREW, in his official capacity as Administrator, Rural Utilities Service, </br></br> Federal Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-1860 (EGS) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PROPOSED ORDER**

The matter is before the Court on the parties' stipulated motion to set a deadline for Defendants to file an answer or motion to dismiss. In view of the parties' stipulation and for good cause showing, it is hereby ORDERED that Defendants shall file their answer or motion to dismiss on or before January 31, 2008. Any defects in service of Plaintiff's complaint are hereby waived.

It is so ORDERED.

Dated: _____

                                               _____
                                               Honorable Emmet G. Sullivan
                                               United States District Judge