AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/29/07 |
| NAME OF SERVER *(PRINT)* Francisca Santana | TITLE Litigation Assistant |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: Charles F. Conner, Acting Secretary, USDA
  1400 Independence Ave. SW, Washington, DC 20250

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: PDE Flanders

- ☐ Returned unexecuted:

- ☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/13/07         /s/ Francisca Santana
            *Date*            *Signature of Server*

                              1625 Massachusetts Ave. NW, Suite 702
                              Washington, DC 20036
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X PDcHanders  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): PDEFLANDERS
C. Date of Delivery: 10/29/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Charles F. Conner, Acting Secretary
USDA
1400 Independence Ave SW
Washington DC 20250

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 91 7108 2133 3930 4658 2023