AO 440  (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  10/29/07 |
| NAME OF SERVER *(PRINT)*  Francisca Santana | TITLE  Litigation Assistant |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the defendant.  Place where served:     Jeffrey A. Taylor, US Attorney for the District of Columbia,
555 4th St. NW, Washington, DC 20530

**G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:     E. Parker

**G**   Returned unexecuted:

**G**   Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     12/13/07                          /s/ Francisca Santana
　　　　　　　　　　　　Date                          *Signature of Server*

1625 Massachusetts Ave. NW, Suite 702
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Edward Irwin_  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name*)  OCT 29 2007   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Jeffrey A. Taylor
US. Attorney for DC
555 4th St. NW
Washington DC 20530

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   91 7108 2133 3930 4658 2047

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Francisca Santana
Earthjustice
1625 Massachusetts. Ave NW
                    Ste. 702

Washington DC 20036