UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB )<br>)<br>       Plaintiff, )<br>)<br>       v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, RURAL UTILITIES SERVICE; )<br>EDWARD T. SCHAFER, in his official capacity as )<br>Secretary of Agriculture; JAMES M. ANDREW, in his )<br>official capacity as Administrator, Rural Utilities Service, )<br>United States Department of Agriculture )<br>)<br>       Defendants. )<br>) | Case No.07-cv-1860-EGS<br><br>**STIPULATED MOTION TO EXTEND TIME TO SERVE AND FILE BRIEFS ON MOTION TO DISMISS** |

      Plaintiff, Sierra Club, and Defendants United States Department of Agriculture, Rural Utilities Service, Edward T. Schafer, and James M. Andrew (collectively "Federal Defendants"), submit this stipulated motion to extend the time to serve and file the opposition memorandum and reply memorandum on Defendants' Motion to Dismiss. As grounds for this motion, the parties state:

      1.    Federal Defendants filed their Motion to Dismiss on January 31, 2008 in accordance with the Court's December 11, 2007 Order, which provided an extension of time to file the motion. In support of the motion, Federal Defendants filed a 37-page memorandum along with a number of exhibits and attachments.

      2.    Rule 7(b), LCvR, provides that an opposing party shall serve and file a memorandum of points and authorities in opposition to a motion within 11 days of the date of service of the motion or at such other time as the Court may direct.

3.    Rule 7(d), LCvR, provides that the moving party may serve and file a reply memorandum within five days after service of the memorandum in opposition.

4.    Sierra Club requests additional time beyond the 11 days provided for in LCvR 7(b), to and including February 28, 2008, to serve and file its memorandum in opposition to Federal Defendants' Motion to Dismiss.  Sierra Club believes that such an extension is necessary to allow it adequate time to prepare its memorandum in light of counsel for the Sierra Club's other commitments.  In addition, Sierra Club states that it has requested counsel for Federal Defendants to provide it with copies of certain documents referenced in but not served with Federal Defendants' memorandum in support of Motion to Dismiss, and believes that the requested extension may allow it to obtain and review those documents before filing its memorandum in opposition.

5.    Federal Defendants are endeavoring to provide Plaintiffs with the documents that Plaintiffs have requested and are amenable to extending the time for Sierra Club's memorandum in opposition, provided that the Court also extends the time for service and filing of Federal Defendants' reply memorandum to and including March 20, 2008.  Federal Defendants believe that such an extension is required to provide adequate time for the reply brief in light of counsel for Federal Defendants' other commitments during the first two weeks of March 2008.

WHERFORE, the Parties respectfully request that the Court enter an order requiring Sierra Club to serve and file its memorandum in opposition to Defendants' Motion to Dismiss on or before February 28, 2008, and requiring Federal Defendants to serve and file any reply memorandum on or before March 20, 2008.

Dated:  February 8, 2008

                                  Respectfully submitted,

/s/ Nicholas F. Persampieri
NICHOLAS F. PERSAMPIERI (*Pro Hac Vice*)
Earthjustice
1400 Glenarm Place, Ste. 300
Denver, CO 80202
Tel: (303) 623-9466
Fax: (303) 623-8083
Email: npersampieri@earthjustice.org

/s/ David S. Baron
DAVID S. BARON
DC Bar #464222
Earthjustice
1625 Massachusetts Ave., NW
Ste. 702
Washington, DC 20036
Tel: (202) 667-4500
Fax: (202) 667-2356
Email: dbaron@earthjustice.org

ATTORNEYS FOR PLAINTIFF

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

 /s/ Brian C. Toth (with permission)
BRIAN C. TOTH
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0639
Facsimile:   (202) 305-0506
Email: brian.toth@usdoj.gov

Of counsel:

TERENCE M. BRADY
Assistant General Counsel
HELEN HARRIS
Attorney
Rural Utilities Division
Office of General Counsel
United States Department of Agriculture

ATTORNEYS FOR FEDERAL DEFENDANTS

CERFICIATE OF SERVICE

    I hereby certify that on February 8, 2008, I electronically filed the foregoing Stipulated Motion to Extend Time to Serve and File Briefs on Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Brian C. Toth
brian.toth@usdoj.gov

                s/ Nicholas F. Persampieri
                Nicholas F. Persampieri

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, RURAL UTILITIES SERVICE; )<br>EDWARD T. SCHAFER, in his official capacity as )<br>Secretary of Agriculture; JAMES M. ANDREW, in his )<br>official capacity as Administrator, Rural Utilities Service, )<br>United States Department of Agriculture )<br>)<br>Defendants. )<br>) | Case No.07-cv-1860-EGS<br><br>**PROPOSED ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Extend Time to Serve and File Briefs on Motion to Dismiss. For good cause shown, it is hereby Ordered that Plaintiff shall serve and file its memorandum in opposition to Defendants' Motion to Dismiss on or before February 28, 2008, and Defendants shall serve and file any reply memorandum on or before March 20, 2008.

Dated:_____            _____
                                  Honorable Emmet G. Sullivan
                                  United States District Judge