UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE, RURAL UTILITIES<br>SERVICE<br>1400 Independence Avenue, SW<br>Washington, DC 20250,<br><br>EDWARD T. SCHAFER[*],<br>in his official capacity as<br>Secretary of Agriculture<br>1400 Independence Avenue, SW<br>Washington, DC 20250,<br><br>and<br><br>JAMES ANDREW,<br>in his official capacity as<br>Administrator, Rural Utilities Service<br>1400 Independence Avenue, SW<br>Washington, DC 20250,<br><br>  Federal Defendants. | Civil Action No. 07-1860 (EGS) |

## NOTICE OF ATTORNEY APPEARANCE

TO THE CLERK: Please enter the appearance of Julie S. Thrower as attorney of record on behalf of defendants United States Department of Agriculture, Rural Utilities Service; Edward T. Schafer; and James M. Andrew (collectively, "Federal Defendants") in the above-

---

[*] Edward T. Schafer was confirmed by the Senate and sworn in as Secretary of Agriculture on January 28, 2008, and is automatically substituted for acting Secretary Charles F. Conner pursuant to Fed. R. Civ. P. 25(d).

captioned case. Service of all papers by United States Mail should be made to the following address:

>   Julie S. Thrower
>   U.S. Department of Justice
>   Environment and Natural Resources Division
>   Natural Resources Section
>   P.O. Box 663
>   Washington, D.C. 20044-0663

All hand or overnight deliveries should be made to the following street address:

>   Julie S. Thrower
>   U.S. Department of Justice
>   Environment and Natural Resources Division
>   Natural Resources Section
>   Patrick Henry Building - Third Floor
>   601 D Street, NW
>   Washington, DC 20004

Ms. Thrower can be reached by telephone at (202) 305-0247, by facsimile at (202) 305-0506, and by e-mail at Julie.Thrower@usdoj.gov.

Dated:   February 27, 2008            Respectfully submitted,

                                      RONALD J. TENPAS
                                      Assistant Attorney General
                                      Environment and Natural Resources Division

                                           /s/ Julie S. Thrower
                                      JULIE S. THROWER
                                      Trial Attorney
                                      Natural Resources Section
                                      Environment and Natural Resources Division
                                      U.S. Department of Justice
                                      P.O. Box 663
                                      Washington, D.C. 20044-0663
                                      Telephone:  202-305-0247
                                      Facsimile:  202-305-0506
                                      Email: Julie.Thrower@usdoj.gov

                                      Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

>dbaron@earthjustice.org,
>npersampieri@earthjustice.org,
>zmaxfield@earthjustice.org
>jjames@earthjustice.org
>fsantana@earthjustice.org

I also certify that the document will be served upon the following non-CM/ECF participants:

>None required.

>       /s/ Julie S. Thrower
>JULIE S. THROWER
>Trial Attorney
>Natural Resources Section
>Environment and Natural Resources Division
>U.S. Department of Justice
>P.O. Box 663
>Washington, D.C. 20044-0663
>Telephone:  202-305-0247
>Facsimile:  202-305-0506
>Email:  Julie.Thrower@usdoj.gov
>
>Attorney for Federal Defendants