UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Case No.07-cv-1860-EGS |
|     v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | **PROPOSED DATES FOR** |
| AGRICULTURE, RURAL UTILITIES SERVICE; ) | **RESCHEDULING OF** |
| EDWARD T. SCHAFER, in his official capacity as ) | **HEARING ON MOTION TO** |
| Secretary of Agriculture; JAMES M. ANDREW, in his ) | **DISMISS** |
| official capacity as Administrator, Rural Utilities Service, ) | |
| United States Department of Agriculture ) | |
| ) | |
|     Defendants, ) | |
| ) | |
|     and ) | |
| ) | |
| SUNFLOWER ELECTRIC POWER CORPORATION, ) | |
| ) | |
|     Intervenor-Defendant. ) | |

As required by the Court's June 16, 2008 minute order, the parties have conferred and propose the following mutually convenient dates for rescheduling of the hearing on the Motion to Dismiss of Defendants United States Department of Agriculture, Rural Utilities Service, Edward T. Schaefer and James M. Andrew:

July 10, 2008

July 11, 2008

July 18, 2008.

Respectfully submitted,

/s/ Nicholas F. Persampieri
NICHOLAS F. PERSAMPIERI (*Pro Hac Vice*)
Earthjustice
1400 Glenarm Place, Ste. 300
Denver, CO 80202
Tel: (303) 623-9466
Fax: (303) 623-8083
Email: npersampieri@earthjustice.org

/s/ David S. Baron
DAVID S. BARON
DC Bar #464222
Earthjustice
1625 Massachusetts Ave., NW
Ste. 702
Washington, DC 20036
Tel: (202) 667-4500
Fax: (202) 667-2356
Email: dbaron@earthjustice.org

ATTORNEYS FOR PLAINTIFF
SIERRA CLUB

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Brian C. Toth
BRIAN C. TOTH
JULIE S. THROWER
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0639
Facsimile: 202-305-0506
Email: brian.toth@usdoj.gov

Of counsel:

TERENCE M. BRADY
Assistant General Counsel
HELEN HARRIS
Attorney
Rural Utilities Division
Office of General Counsel
United States Department of Agriculture

ATTORNEYS FOR DEFENDANTS
UNITED STATES DEPARTMENT OF AGRICULTURE,

RURAL UTILITIES SERVICE; EDWARD T. SCHAFER,
in his official capacity as Secretary of Agriculture;
JAMES M. ANDREW, in his official capacity as Administrator,
Rural Utilities Service, United States Department of Agriculture

/s/  Matthew A. Axtell
MATTHEW A. AXTELL (D.C. Bar # 482349)
Vinson & Elkins LLP
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: 202-639-6588
Facsimile: 202-639-6604
Email: maxtell@velaw.com

Of counsel:

CAROL E. DINKINS
SHARON M. MATTOX
Counsel for Sunflower Electric Power Corporation
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: 713-758-2528
Telephone: 713-758-4598

ATTORNEYS FOR DEFENDANT-INTERVENOR
SUNFLOWER ELECTRIC POWER CORPORATION

CERTIFICATE OF SERVICE

     I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Brian C. Toth
brian.toth@usdoj.gov

Julie S. Thrower
julie.thrower@usdoj.gov

Matthew A. Axtell
maxtell@velaw.com

                                                /s/ Nicholas F. Persampieri
                                                Nicholas F. Persampieri