**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIERRA CLUB, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-1860 (EGS) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL UTILITIES SERVICE, *et al.*, | ) **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Federal Defendants, | ) |
| and | ) |
| SUNFLOWER ELECTRIC POWER CORPORATION, | ) |
| Defendant-Intervenor. | ) |

Federal Defendants hereby give notice to the Court of a recent opinion, <u>Duncan's Point Lot Owners Association Inc. v. FERC</u>, 522 F.3d 371 (D.C. Cir. 2008), which was issued after the conclusion of briefing on Defendants' motion to dismiss (Doc. No 12). The opinion addresses the issue of what constitutes a "major Federal action" under the National Environmental Policy Act ("NEPA"). See <u>id.</u> at 376. The same legal question is also at issue in Defendants' pending motion. Defendants are prepared to address the case in more detail should the Court desire.

Dated: July 1, 2008                Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

1

                                */s/ Julie S. Thrower*
JULIE S. THROWER
BRIAN C. TOTH
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0247 (Thrower)
Telephone: 202-305-0639 (Toth)
Facsimile:  202-305-0506
Email: julie.thrower@usdoj.gov,
       brian.toth@usdoj.gov

*Of counsel*:

TERENCE M. BRADY
Assistant General Counsel
HELEN HARRIS
Attorney
Rural Utilities Division
Office of General Counsel
United States Department of Agriculture

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008, I electronically filed the foregoing DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

> Matthew A. Axtell
> maxtell@velaw.com
>
> David S. Baron
> dbaron@earthjustice.org, zmaxfield@earthjustice.org,
> fsantana@earthjustice.org
>
> Nicholas F. Persampieri
> npersampieri@earthjustice.org

I also certify that the document will be served upon the following non-CM/ECF participants:

> None required.

                                                      /s/ *Julie S. Thrower*
                                                JULIE S. THROWER
                                                Trial Attorney
                                                Natural Resources Section
                                                Environment and Natural Resources Division
                                                U.S. Department of Justice
                                                P.O. Box 663
                                                Washington, D.C. 20044-0663
                                                Telephone: 202-305-0247
                                                Facsimile: 202-305-0506
                                                Email: julie.thrower@usdoj.gov

                                                Attorney for Defendants