# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL UTILITIES SERVICE, *et al.*,<br><br>    Federal Defendants,<br><br>and<br><br>SUNFLOWER ELECTRIC POWER CORPORATION,<br><br>    Defendant-Intervenor. | Civ. No. 07-cv-1860 (EGS)<br><br>**NOTICE OF ENTRY OF APPEARANCE AS LEAD COUNSEL FOR DEFENDANT-INTERVENOR SUNFLOWER ELECTRIC POWER CORPORATION** |

TO THE CLERK: Please enter the appearance of Sharon M. Mattox, Bar # TX0050, as lead counsel of record on behalf of defendant-intervenor Sunflower Electric Power Corporation in the above-captioned case. Service of all papers, whether by United States Mail, or by hand or overnight deliveries, should be made to the following address:

 Sharon M. Mattox
 Vinson & Elkins LLP
 First City Tower
 1001 Fannin Street
 Suite 2500
 Houston, TX 77002-6760

Ms. Mattox can be reached by telephone at (713) 758-4598, by facsimile at (713) 615-5559, and by email at smattox@velaw.com.

Dated: July 10, 2008

                                          Respectfully submitted,

                                          /s/    Sharon M. Mattox
                                      SHARON M. MATTOX (Bar # TX0050)
                                      Vinson & Elkins LLP
                                      First City Tower
                                      1001 Fannin Street, Suite 2500
                                      Houston, TX 77002-6760
                                      713-758-4598 (telephone)
                                      713-615-5559 (facsimile)
                                      smattox@velaw.com
                                      *LEAD ATTORNEY FOR DEFENDANT-*
                                      *INTERVENOR SUNFLOWER ELECTRIC POWER*
                                      *CORPORATION*

Of Counsel:

MATTHEW A. AXTELL (D.C. Bar # 482349)
Vinson & Elkins LLP
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
202-639-6588 (telephone)
202-639-6604 (facsimile)
maxtell@velaw.com
*ATTORNEY TO BE NOTICED*

CAROL E. DINKINS
Counsel for Sunflower Electric Power Corporation
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
713-758-2528 (telephone)
cdinkins@velaw.com

MARK CALCARA
General Counsel
Sunflower Electric Power Corporation
P.O. Box 1020
Hays, KS 67601-1020

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I filed the foregoing NOTICE OF ENTRY OF APPEARANCE AS LEAD COUNSEL with the Clerk of the Court though the CM/ECF system, which will send notification of such filing to the following email addresses:

Nicholas F. Persampieri
npersampieri@earthjustice.org

David Baron
dbaron@earthjustice.org

zmaxfield@earthjustice.org
fsantana@earthjustice.org
jjames@earthjustice.org

*Counsel for Plaintiff Sierra Club*

Brian C. Toth
brian.toth@usdoj.gov

Julie S. Thrower
julie.thrower@usdoj.gov

*Counsel for Defendants United States Department of Agriculture,*
*Rural Utility Service; Edward T. Schafer; and James M. Andrew*

I also certify that the document will be served upon the following non-CM-ECF participants:

None required.

            /s/    Sharon M. Mattox
SHARON M. MATTOX (Bar # TX0050)
Vinson & Elkins LLP
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
713-758-4598 (telephone)
713-615-5559 (facsimile)
smattox@velaw.com