UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL UTILITIES SERVICE, *et al.*,<br><br>       Federal Defendants.<br><br>       and<br><br>SUNFLOWER ELECTRIC POWER CORPORATION,<br><br>       Intervenor-Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1860 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of the Court, this Honorable Court and all counsel:

Please take notice that Brian C. Toth hereby withdraws as counsel for all federal defendants in the above-captioned case and requests that service and all electronic filing notices be terminated as to him. No other counsel are affected by this notice.

Dated: August 12, 2008.                              Respectfully submitted,

                                                                       */s/ Brian C. Toth*
                                                                       BRIAN C. TOTH
                                                                       Attorney
                                                                       Environment and Natural Resources Division
                                                                       United States Department of Justice
                                                                       P.O. Box 23795
                                                                       Washington, D.C. 20026-3795
                                                                       Tel. 202-305-0639 / E-mail: brian.toth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically filed the foregoing FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Matthew A. Axtell
> maxtell@velaw.com
>
> David S. Baron
> dbaron@earthjustice.org, zmaxfield@earthjustice.org, fsantana@earthjustice.org
>
> Sharon M. Mattox
> smattox@velaw.com, lhernandez@velaw.com
>
> Nicholas F. Persampieri
> npersampieri@earthjustice.org

I also certify that the document will be served upon the following non-CM/ECF participants:

> None required.

                                        */s/ Brian C. Toth*
                                        BRIAN C. TOTH
                                        Attorney
                                        Environment and Natural Resources Division
                                        United States Department of Justice
                                        P.O. Box 23795
                                        Washington, D.C. 20026-3795
                                        Tel. 202-305-0639 / E-mail: brian.toth@usdoj.gov