# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT OF  )<br>AGRICULTURE, RURAL UTILITIES  )<br>SERVICE; *et al.*,  )<br>  )<br>Federal Defendants,  )<br>  )<br>and  )<br>  )<br>SUNFLOWER ELECTRIC POWER  )<br>CORPORATION,  )<br>  )<br>Defendant-Intervenor.  )<br>  ) | Civil Action No. 07-1860 (EGS)<br><br>**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF AUTHORITIES ON REMEDY ISSUE** |

On August 1, 2008, the Sierra Club filed a Notice of Authorities on Remedy Issue (Doc. # 28) in response to the Court's question regarding the Court's authority to set aside approvals issued by the Rural Utilities Service ("RUS"), and to enjoin further action by RUS of the Holcomb Expansion Project.

The Sierra Club cites Realty Income Trust v. Eckerd for the proposition that there is a presumption that injunctive relief should be granted when there is a violation of the National Environmental Policy Act ("NEPA"). 564 F.2d 447, 456 (D.C. Cir. 1977). However, there is no absolute principle that injunctive relief automatically follows a NEPA violation. Weinberger v. Romero-Barcelo, 456 U.S. 305, 312 (1982); Izaak Walton League of Am. v. Marsh, 655 F.2d 346, 364 (D.C. Cir. 1981). Rather, the Supreme Court has held that the "basis of injunctive relief . . . has

always been irreparable injury and the inadequacy of legal remedies." Weinberger, 456 U.S. at 312. This principle applies equally to cases alleging potential environmental harm. Amoco Prod. Co. v. Vill. of Gambell, 480 U.S. 531, 544 (1987); Aberdeen & Rockfish R.R. Co. v. Students Challenging Regulatory Agency Procedures, 409 U.S. 1207, 1217-18 (1972) (stating that courts should not "exercise equitable powers loosely or casually whenever a claim of 'environmental damage' is asserted").

An agency is entitled to a presumption of regularity when following their own regulations. Friends of the Earth v. Envtl. Prot. Agency, 446 F.3d 140, 147 (D.C. Cir. 2006). As briefed in Federal Defendants' Motion to Dismiss (Doc. # 12), the Court's ability to review, and thus to set aside, RUS's approvals is precluded under the Rural Electrification Act, and the Sierra Club's NEPA challenge would effectively circumvent this limitation on judicial review. Defs. Mtn. at 19-20.

Dated:  August 12, 2008					Respectfully submitted,

							RONALD J. TENPAS
							Assistant Attorney General
							Environment and Natural Resources Division

							       /s/ Julie S. Thrower
							JULIE S. THROWER
							Trial Attorney
							Natural Resources Section
							Environment and Natural Resources Division
							U.S. Department of Justice
							P.O. Box 663
							Washington, D.C. 20044-0663
							Telephone:  202-305-0247
							Facsimile:  202-305-0506
							Email: julie.thrower@usdoj.gov;

*Of counsel*:

TERENCE M. BRADY
Assistant General Counsel
HELEN HARRIS
Attorney
Rural Utilities Division
Office of General Counsel
United States Department of Agriculture

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12 2008, I electronically filed the foregoing FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF AUTHORITIES ON REMEDY ISSUE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

> Matthew A. Axtell
> maxtell@velaw.com
>
> David S. Baron
> dbaron@earthjustice.org, zmaxfield@earthjustice.org,
> fsantana@earthjustice.org
>
> Sharon M. Mattox
> smattox@velaw.com, lhernandez@velaw.com
>
> Nicholas F. Persampieri
> npersampieri@earthjustice.org

I also certify that the document will be served upon the following non-CM/ECF participants:

> None required.

>                         /s/ Julie S. Thrower
> JULIE S. THROWER
> Trial Attorney
> Natural Resources Section
> Environment and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 663
> Washington, D.C. 20044-0663
> Telephone:  202-305-0247
> Facsimile:  202-305-0506
> Email:  julie.thrower@usdoj.gov
>
> Attorney for Defendants