# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB ) | |
| ) | Civ. No. 07-cv-1860 (EGS) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **DEFENDANT-INTERVENOR'S** |
| UNITED STATES DEPARTMENT OF ) | **NOTICE OF WITHDRAWAL OF** |
| AGRICULTURE, RURAL UTILITIES SERVICE, ) | **COUNSEL** |
| *et al.*, ) | |
| ) | |
| Federal Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SUNFLOWER ELECTRIC POWER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

To the Clerk of the Court, this Honorable Court, and all counsel:

Please take notice that Matthew A. Axtell hereby withdraws as counsel for defendant-intervenor Sunflower Electric Power Corporation in the above-captioned case, and requests that service and all electronic filing notices be terminated as to him. No other counsel is affected by this notice. Sharon M. Mattox of Vinson & Elkins LLP has previously entered an appearance as lead counsel of record for defendant-intervenor Sunflower Electric Power Corporation. *See* Notice of Entry of Appearance as Lead Counsel for Def.-Intervenor Sunflower Electric Power Corporation [Dkt. #26]. Ms. Mattox will remain lead counsel for the defendant-intervenor in the above-captioned case following Mr. Axtell's withdrawal.

Dated: August 27, 2008

Respectfully submitted,

    /s/    Matthew A. Axtell
MATTHEW A. AXTELL (D.C. Bar # 482349)
Vinson & Elkins LLP
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
202-639-6588 (telephone)
202-639-6604 (facsimile)
E-mail: maxtell@velaw.com

Of counsel:

SHARON M. MATTOX (Bar # TX0050)
Vinson & Elkins LLP
First City Tower
1001 Fannin Street
Suite 2500
Houston, TX 77002-6760
713-758-4598 (telephone)
713-615-5559 (facsimile)
smattox@velaw.com
*LEAD ATTORNEY FOR DEFENDANT-INTERVENOR*
*SUNFLOWER ELECTRIC POWER CORPORATION*

CAROL E. DINKINS
Counsel for Sunflower Electric Power Corporation
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
713-758-2528 (telephone)
cdinkins@velaw.com

MARK CALCARA
General Counsel
Sunflower Electric Power Corporation
P.O. Box 1020
Hays, KS 67601-1020

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, I filed the foregoing DEFENDANT-INTERVENOR'S NOTICE OF WITHDRAWAL OF COUNSEL with the Clerk of the Court though the CM/ECF system, which will send notification of such filing to the following email addresses:

Sharon M. Mattox
smattox@velaw.com, lhernandez@velaw.com

*Lead Counsel for Defendant-Intervenor Sunflower Electric Power Corporation*

Nicholas F. Persampieri
npersampieri@earthjustice.org

David Baron
dbaron@earthjustice.org

zmaxfield@earthjustice.org
fsantana@earthjustice.org
jjames@earthjustice.org

*Counsel for Plaintiff Sierra Club*

Julie S. Thrower
julie.thrower@usdoj.gov

*Counsel for Defendants United States Department of Agriculture,
Rural Utility Service; Edward T. Schafer; and James M. Andrew*

I also certify that the document will be served upon the following non-CM-ECF participants:

None required.

        /s/   Matthew A. Axtell
MATTHEW A. AXTELL (D.C. Bar # 482349)
Vinson & Elkins LLP
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
202-639-6588 (telephone)
202-639-6604 (facsimile)
E-mail: maxtell@velaw.com